1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4  DUKE WAIT,                                    )
                                                 )
5              Plaintiff,                         )     Case No.: 2:18-cv-02038-GMN-VCF
        vs.                                      )
6                                                )     **ORDER**
   D. HOLM SENIOR, D. BROWN, JOHN DOE )
7  OFFICER, *et al.*,                            )
                                                 )
8              Defendants.                        )
                                                 )
9  _____ )

10       Pending before the Court is the Report and Recommendation of United States

11  Magistrate Judge Cam Ferenbach, (ECF No. 34), which recommends that this case be

12  dismissed for failure to comply with Local Rule IA 3-1 and with Court Order, (ECF No. 32).

13       A party may file specific written objections to the findings and recommendations of a

14  United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B);

15  D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo*

16  determination of those portions to which objections are made. *Id.*  The Court may accept, reject,

17  or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge.

18  28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court

19  is not required to conduct "any review at all . . . of any issue that is not the subject of an

20  objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized

21  that a district court is not required to review a magistrate judge's report and recommendation

22  where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

23  1122 (9th Cir. 2003).

24       Here, no objections were filed, and the deadline to do so, March 26, 2021, has passed.

25  (*See* Report and Recommendation, ECF No. 34).

1    Accordingly,

2    **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 34), is

3    **ADOPTED in full**.

4    **IT IS FURTHER ORDERED** that this case is **DISMISSED.**

5    **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, (ECF

6    No. 28), is **DENIED as moot**.

7    The Clerk of Court shall enter judgment accordingly and close the case.

8    **DATED** this __29__ day of March, 2021.

9

10   _____

11   Gloria M. Navarro, District Judge
     United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25